■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY STEWARD, Appellant. [910 NYS2d 645]—

Order, Supreme Court, New York County (Bruce Allen, J.), entered on or about February 18, 2010, which denied defendant's CPL 440.46 motion for resentencing, unanimously affirmed.

Defendant is ineligible for resentencing because of his prior violent felony convictions, even though they did not serve as the basis for his adjudication as a second felony offender on the instant conviction (*see People v Wright*, 78 AD3d 474 [2010] [decided herewith]). Concur—Gonzalez, P.J., Mazzarelli, Andrias, Nardelli and Richter, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NELSON COUVERTIER, Appellant. [910 NYS2d 758]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Arlene Goldberg, J.), rendered on or about August 8, 2009, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Gonzalez, P.J., Mazzarelli, Andrias, Nardelli and Richter, JJ.